IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VANDRICK LAVONNE THOMAS, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv564-MHT |
| | ) | (WO) |
| DWAYNE ESTES, Warden, | ) | |
| et al., | ) | |
| | ) | |
|     Respondents. | ) | |

OPINION AND ORDER

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

\* \* \*

Accordingly, it is ORDERED that:

(1) The recommendation of the magistrate judge (doc. no. 2) is adopted.

(2) Pursuant to 28 U.S.C. § 1631, this case is transferred to the United States District Court for the Southern District of Alabama.

The clerk of court is DIRECTED to take all appropriate action to effect the transfer.

This case is closed in this court.

DONE, this the 8th day of August, 2016.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**